# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0008
Lower Tribunal No. 20-7239-CA-01

_____

**Michael A. Etienne Jr.,**

Appellant,

vs.

**Mary Estime Irvin,**

Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles Kenneth Johnson, Judge.

Michael A. Etienne, Jr., in proper person.

Keystone Law Firm, P.A., and  Eliezer S. Poupko and Frank Wolland, for appellee.

Before SCALES, C.J., and FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error ....... Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").